Assistant Attorneys General, for the State of Texas; *Fred S. LeBlanc,* Attorney General, *John L. Madden,* Assistant Attorney General, and *Bailey Walsh,* Special Assistant Attorney General, for the State of Louisiana; *Richard W. Ervin,* Attorney General, *Howard S. Bailey* and *Fred M. Burns,* Assistant Attorneys General, and *John D. Moriarty,* Special Assistant Attorney General, for the State of Florida; and *Edmund G. Brown,* Attorney General, *William V. O'Connor,* Chief Deputy Attorney General, *Everett W. Mattoon,* Assistant Attorney General, and *George G. Grover,* Deputy Attorney General, for the State of California, defendants.

No. 5, Original, October Term, 1950. NEW JERSEY *v.* NEW YORK ET AL. The answers of New Jersey and of Pennsylvania to the amended petition of the City of New York to modify the decree are received and they, along with the amended petition, are referred to the Special Master. *Theodore D. Parsons,* Attorney General, *Robert Peacock,* Deputy Attorney General, and *Kenneth H. Murray* for the State of New Jersey. *Frank F. Truscott,* Attorney General, *George G. Chandler, Bernard G. Segal, Wm. A. Schnader* and *Harry F. Stambaugh* for the State of Pennsylvania.

No. 280. PHILLIPS PETROLEUM Co. *v.* WISCONSIN ET AL.; and

No. 281. TEXAS ET AL. *v.* WISCONSIN ET AL. On petitions for rehearing and petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia Circuit. Petitions for rehearing granted. The orders entered November 30, 1953, denying certiorari, 346 U. S. 896, are vacated and the petitions for writs of certiorari are granted. MR. JUSTICE BLACK dissents. The motion for leave to file brief of the Independent Petroleum Assn. et al., as *amici curiae,* is denied. *Rayburn L.*